# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 189

| | |
|---|---|
| SILVER-LINE PLASTICS CORPORATION, ) ) ) | |
| Plaintiff ) ) | |
| V ) ) | **ORDER** |
| RHEOGISTICS, LLC, ) ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Joseph S. Murray, IV's Application for Admission to Practice *Pro Hac Vice* of Ronald Giles Peresich. It appearing that Ronald Giles Peresich is a member in good standing with the Mississippi Bar and will be appearing with Joseph S. Murray, IV, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Joseph S. Murray, IV's Application for Admission to Practice *Pro Hac Vice* (#7) of Ronald Giles Peresich is **GRANTED**, and that Ronald Giles Peresich is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Joseph S. Murray, IV.

Signed: July 7, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge